# Third District Court of Appeal

## State of Florida

Opinion filed September 7, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1893
Lower Tribunal No. 15-23051
_____

**Anita Najiy**,
Appellant,

vs.

**Javier Ortiz, etc., et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Milson Law, P.A., and Nicole A. Milson, for appellant.

Murray, Morin & Herman, P.A., and Christopher S. Morin and Jennifer M. Clark (Tampa), for appellees.


Before LOGUE, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Skupin v. Hemisphere Media Grp., Inc., 314 So. 3d 353,

356 (Fla. 3d DCA 2020) ("[W]hether a statement is one of fact or opinion is a question of law for the court and not a jury.").